8/17/2018　　Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools as of January 16, 2018 7:30am Se...

Case 2:18-cv-01079-MRH   Document 6-2   Filed 08/22/18   Page 1 of 5

Skip to main content | About Us (/about/) | Contact Us (/about/contacts/gen/) | FAQs (https://www.ed.gov/answers/) | Language Assistance ▼

Search...　🔍

ABOUT ED (/ABOUT/LANDING.JHTML?SRC=LN) / OFFICES

**OCR**
Office for Civil Rights

| | | |
|---|---|---|
| ▪ Home (/about/offices/list/ocr/index.html) | Home (/about/offices/list/ocr/index.html) | About OCR (/about/offices/list/ocr/aboutocr.html) |
| ▪ | Programs/Initiatives (/policy/rights/reg/ocr/index.html) | Reading Room (/about/offices/list/ocr/frontpage/faq/readingroom.html) |
| ▪ | Office Contacts (http://wdcrobcolp01.ed.gov/CFAPPS/OCR/contactus.cfm) | Frequently Asked Questions (/about/offices/list/ocr/faqs.html) |
| ▪ | Reports & Resources (/about/offices/list/ocr/reports-resources.html) | Careers/Internships (/about/offices/list/ocr/frontpage/careers/careers-index.html) |
| ▪ | News (/about/offices/list/ocr/newsroom.html) | |

# Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools as of July 27, 2018 7:30am Search

Home (index.html)　　Race and National Origin Discrimination (tvi.html)　　Sex Discrimination (tix.html)

Disability Discrimination ▼　　Age Discrimination (age.html)　　Boy Scouts of America Equal Access Act (boyscouts.html)

State:
[ PA ▼ ]
Type of Discrimination:
[　　　　　▼ ]
*Sexual harassment does not include sexual violence

[ Refresh ]

Show: [ 1000 ▼ ]　　　　　　　　　　　　　　　　　　　　　　　　　　　Search: [　　　]

| State | Institution | Institution Type | Type of Discrimination | Open Investigation Date |
|---|---|---|---|---|
| PA | ALLEGHENY COLLEGE | PSE | Title IX - Sexual Violence | 12/5/2014 |

https://www2.ed.gov/about/offices/list/ocr/docs/investigations/open-investigations/tix.html?queries%5Bstate%5D=PA&perPage...

EXHIBIT B

8/17/2018 Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools as of January 16, 2018 7:30am Se...

Case 2:18-cv-01079-MRH Document 6-2 Filed 08/22/18 Page 2 of 5

| State | Institution | Institution Type | Type of Discrimination | Open Investigation Date |
|---|---|---|---|---|
| PA | BUCKNELL UNIVERSITY | PSE | Title IX - Athletics | 7/25/2018 |
| PA | CARLISLE AREA SD | ESE | Title IX - Discipline | 7/2/2018 |
| PA | CARNEGIE MELLON UNIVERSITY | PSE | Title IX - Retaliation | 1/13/2014 |
| PA | CARNEGIE MELLON UNIVERSITY | PSE | Title IX - Retaliation | 6/28/2018 |
| PA | CARNEGIE MELLON UNIVERSITY | PSE | Title IX - Sexual Violence | 1/13/2014 |
| PA | CARNEGIE MELLON UNIVERSITY | PSE | Title IX - Sexual Violence | 6/28/2018 |
| PA | DICKINSON COLLEGE | PSE | Title IX - Procedural Requirements | 4/17/2017 |
| PA | DICKINSON COLLEGE | PSE | Title IX - Sexual Violence | 4/17/2017 |
| PA | ELIZABETHTOWN COLLEGE | PSE | Title IX - Sexual Violence | 11/20/2014 |
| PA | FRANKLIN AND MARSHALL COLLEGE | PSE | Title IX - Sexual Violence | 3/26/2014 |
| PA | INDIANA AREA SD | ESE | Title IX - Athletics | 8/22/2016 |
| PA | INDIANA AREA SD | ESE | Title IX - Athletics | 7/5/2017 |
| PA | LINCOLN UNIVERSITY | PSE | Title IX - Athletics | 7/7/2016 |
| PA | LINCOLN UNIVERSITY | PSE | Title IX - Retaliation | 12/2/2015 |
| PA | LINCOLN UNIVERSITY | PSE | Title IX - Sexual Violence | 12/2/2015 |
| PA | MANOR COLLEGE | PSE | Title IX - Retaliation | 3/13/2017 |
| PA | MANOR COLLEGE | PSE | Title IX - Sexual Violence | 3/13/2017 |
| PA | MILLERSVILLE UNIVERSITY OF PENNSYLVANIA | PSE | Title IX - Retaliation | 11/3/2017 |
| PA | MUHLENBERG COLLEGE | PSE | Title IX - Sexual Violence | 12/13/2017 |
| PA | PALMYRA AREA SD | ESE | Title IX - Athletics | 4/26/2017 |
| PA | PALMYRA AREA SD | ESE | Title IX - Procedural Requirements | 4/26/2017 |
| PA | PALMYRA AREA SD | ESE | Title IX - Sexual Violence | 4/26/2017 |
| PA | PEIRCE COLLEGE | PSE | Title IX - Others | 5/11/2018 |
| PA | PENNSYLVANIA STATE UNIVERSITY | PSE | Title IX - Sexual Harassment | 1/23/2014 |
| PA | PENNSYLVANIA STATE UNIVERSITY | PSE | Title IX - Sexual Violence | 1/23/2014 |
| PA | PHILADELPHIA SD | ESE | Title IX - Discipline | 12/5/2017 |
| PA | PHILADELPHIA SD | ESE | Title IX - Retaliation | 12/5/2017 |
| PA | PHILADELPHIA SD | ESE | Title IX - Sexual Violence | 12/5/2017 |
| PA | PITC INSTITUTE | PSE | Title IX - Procedural Requirements | 6/26/2018 |
| PA | PITC INSTITUTE | PSE | Title IX - Sexual Harassment | 6/26/2018 |

| State | Institution | Institution Type | Type of Discrimination | Open Investigation Date |
|---|---|---|---|---|
| PA | POINT PARK UNIVERSITY | PSE | Title IX - Sexual Violence | 2/19/2015 |
| PA | POINT PARK UNIVERSITY | PSE | Title IX - Sexual Violence | 2/27/2015 |
| PA | SWARTHMORE COLLEGE | PSE | Title IX - Procedural Requirements | 7/12/2013 |
| PA | SWARTHMORE COLLEGE | PSE | Title IX - Retaliation | 7/12/2013 |
| PA | SWARTHMORE COLLEGE | PSE | Title IX - Sexual Violence | 7/12/2013 |
| PA | TAMAQUA AREA SD | ESE | Title IX - Athletics | 9/6/2017 |
| PA | TEMPLE UNIVERSITY | PSE | Title IX - Gender Harassment | 11/19/2014 |
| PA | TEMPLE UNIVERSITY | PSE | Title IX - Retaliation | 11/19/2014 |
| PA | TEMPLE UNIVERSITY | PSE | Title IX - Sexual Violence | 11/19/2014 |
| PA | TRINITY AREA SD | ESE | Title IX - Athletics | 3/1/2018 |
| PA | TWIN VALLEY SD | ESE | Title IX - Athletics | 7/13/2018 |
| PA | UNIVERSITY OF PENNSYLVANIA | PSE | Title IX - Sexual Violence | 2/6/2018 |
| PA | UPPER PERKIOMEN SD | ESE | Title IX - Athletics | 4/19/2018 |
| PA | URSINUS COLLEGE | PSE | Title IX - Sexual Violence | 7/31/2017 |
| PA | VALLEY FORGE MILITARY COLLEGE | PSE | Title IX - Retaliation | 4/23/2015 |
| PA | VALLEY FORGE MILITARY COLLEGE | PSE | Title IX - Sexual Violence | 4/23/2015 |

Showing 47 of 47 records (filtered from 1610 total records)

Pages: Previous  1  Next

Printable view (/print/about/offices/list/ocr/docs/investigations/open-investigations/tix.html)

Last Modified: 07/31/2018

## How Do I Find...

- Student loans, forgiveness (/fund/grants-college.html?src=rn)
- College accreditation (http://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (http://www.ed.gov/essa?src=rn)
- FERPA (/policy/gen/guid/fpco/ferpa/index.html?src=rn)
- FAFSA (http://fafsa.ed.gov/?src=edgov-rn)

More > (/about/top-tasks.html?src=rn)

## Information About...

- Transforming Teaching (http://www.ed.gov/teaching?src=rn)
- Family and Community Engagement (http://www.ed.gov/family-and-community-engagement?src=rn)
- Early Learning (/about/inits/ed/earlylearning/index.html?src=rn)

## Related Topics

**How to File a Complaint**
(/about/offices/list/ocr/docs/howto.html?src=rt)

**Topics A-Z**
(/about/offices/list/ocr/topics.html?src=rt)

**Civil Rights Data Collection (CRDC)**
(/about/offices/list/ocr/data.html?src=rt)

**Other Civil Rights Agencies**
(/about/offices/list/ocr/related.html?src=rt)

**Recursos de la Oficina Para Derechos Civiles en Español**
(http://www.ed.gov/about/offices/list/ocr/docs/list-sp.html)

**Resources Available in Other Languages**
(http://www.ed.gov/about/offices/list/ocr/docs/howto-index.html)

Student Loans
(/fund/grants-college.html?src=ft)
Repaying Loans (https://studentaid.ed.gov/repay-loans?src=ft)
Defaulted Loans (https://studentaid.ed.gov/repay-loans/default?src=ft)
Loan Forgiveness (https://studentaid.ed.gov/repay-loans/forgiveness-cancellation?src=ft)
Loan Servicers (https://studentaid.ed.gov/repay-loans/understand/servicers?src=ft#who-is-my-loan-servicer)

Grants & Programs
(/fund/grants-apply.html?src=ft)
Apply for Pell Grants (https://www.fafsa.ed.gov/?src=ft)
Grants Forecast (/fund/grant/find/edlite-forecast.html?src=ft)
Apply for a Grant (/fund/grant/apply/grantapps/index.html?src=ft)
Eligibility for Grants (/programs/find/elig/index.html?src=ft)

Laws & Guidance
(/policy/?src=ft)
Every Student Succeeds Act (ESSA) (https://www.ed.gov/essa?src=ft)
FERPA (/policy/gen/guid/fpco/ferpa/index.html?src=ft)
Civil Rights (/about/offices/list/ocr/know.html?src=ft)
New IDEA Website (https://sites.ed.gov/idea/?src=ft)

Data & Research
(/rschstat/?src=ft)
Education Statistics (https://nces.ed.gov/?src=ft)
Postsecondary Education Data (https://nces.ed.gov/ipeds/?src=ft)
ED Data Express (https://eddataexpress.ed.gov/?src=ft)
Nation's Report Card (https://nces.ed.gov/nationsreportcard/?src=ft)
What Works Clearinghouse (https://ies.ed.gov/ncee/wwc/?src=ft)

8/17/2018  Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools as of January 16, 2018 7:30am Se...

Case 2:18-cv-01079-MRH   Document 6-2   Filed 08/22/18   Page 5 of 5

About Us (/about/?src=ft)

Contact Us (/about/contacts/gen/?src=ft)

ED Offices (/about/offices/list/?src=ft)

Jobs (https://www.ed.gov/jobs/?src=ft)

Press Releases (https://www.ed.gov/news/?src=ft)

FAQs (https://www.ed.gov/answers/?src=ft)

Recursos en español (/espanol/bienvenidos/es/index.html?src=ft)

Budget, Performance (/about/overview/focus/performance.html?src=ft)

Privacy Program (/privacy?src=ft)

Subscribe to E-Mail Updates (https://public.govdelivery.com/accounts/USED/subscriber/new?topic_id=USED_5)

 (https://www.facebook.com/ed.gov)  (https://twitter.com/usedgov)  (https://public.govdelivery.com/accounts/USED/subscriber/new?topic_id=USED_5) (https://www.ed.gov/feed)

Notices (/notices/index.html?src=ft)   FOIA (/policy/gen/leg/foia/foiatoc.html?src=ft)   Privacy Policy (/notices/privacy/index.html)
Accessibility (/notices/accessibility/index.html)   Security (/notices/security/index.html?src=ft)   Information quality (/policy/gen/guid/infoqualguide.html?src=ft)
Inspector General (/about/offices/list/oig/index.html?src=ft)   Whitehouse.gov (https://www.whitehouse.gov/)   USA.gov (https://www.usa.gov/)
Benefits.gov (https://www.benefits.gov/)   Regulations.gov (https://www.regulations.gov/)