# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MDB, A MINOR, BY MICHAEL J.
BRIDGE, HIS GUARDIAN &
MICHAEL J. BRIDGE,

     Plaintiffs,

2:18-cv-1079

     v.

PURCHASE LINE SCHOOL DISTRICT,
PUNXSUTAWNEY CHRISTIAN SCHOOL,
& TRI-COUNTY TRANSPORTATION,
INC.,

     Defendants.

## ORDER OF COURT

AND NOW, this 26th day of March, 2020, the Court hereby issues the following Order: The Court has reviewed the Petition Pursuant to Local Rule 17.1 for Leave to Settle Minor's Claim (ECF No. 72), as well as the Declaration of Michael J. Bridge, which was filed pursuant to 28 U.S.C. § 1764 (ECF No. 74). It is hereby ORDERED, ADJUDGED, and DECREED that the sum of $33,866.67 recovered on behalf of the minor plaintiff MDB is fair and reasonable and is hereby approved. It is further ORDERED that said sum after payment by Defendants shall be deposited into Plaintiff's counsel's IOLTA account and distributed therefrom in accordance with the terms set forth in the Petition at ECF No. 72.

                s/ Mark R. Hornak
                Mark R. Hornak
                Chief United States District Judge

Dated: March 26, 2020
Cc:  All counsel of record